**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:    Identify Yourself**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Robert<br>First name<br><br>Scott<br>Middle name<br><br>Susser<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2524 | |

Debtor 1    **Robert Scott Susser**                                                    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

☐ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

**5.** **Where you live**

**17 Washington Avenue**
**Rumson, NJ 07760**
_____
Number, Street, City, State & ZIP Code

**Monmouth**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1  **Robert Scott Susser**                                                          Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | When | _____ | Case number | _____ |
| | District _____ | When | _____ | Case number | _____ |
| | District _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Robert Scott Susser**                                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

■ Yes.    Name and location of business

**1 Stop Home Maintenance and Repair**
Name of business, if any

**17 Washington Ave.**
**Rumson, NJ 07760**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Debtor 1    **Robert Scott Susser**                                    Case number *(if known)* _____

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>    ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>    ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>    ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>    ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>    ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>    ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Robert Scott Susser**                                    Case number *(if known)* _____

| **Part 6:** | Answer These Questions for Reporting Purposes |
| --- | --- |

| **16.** | **What kind of debts do you have?** | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | | | ☐ No. Go to line 16b. |
| | | | ■ Yes. Go to line 17. |
| | | 16b. | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | | | ☐ No. Go to line 16c. |
| | | | ☐ Yes. Go to line 17. |
| | | 16c. | State the type of debts you owe that are not consumer debts or business debts |

| **17.** | **Are you filing under Chapter 7?** | ☐ No. | I am not filing under Chapter 7. Go to line 18. |
| --- | --- | --- | --- |
| | **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ■ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| | | | ■ No |
| | | | ☐ Yes |

| **18.** | **How many Creditors do you estimate that you owe?** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| --- | --- | --- | --- | --- |
| | | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| **19.** | **How much do you estimate your assets to be worth?** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **20.** | **How much do you estimate your liabilities to be?** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| --- | --- | --- | --- | --- |
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Robert Scott Susser**
_____        _____
**Robert Scott Susser**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on    **November 16, 2018**            Executed on _____
MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1    **Robert Scott Susser**                                                   Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ William H. Oliver, Jr.**_____        Date    **November 16, 2018**
Signature of Attorney for Debtor                                MM / DD / YYYY

**William H. Oliver, Jr.**_____
Printed name

**William H. Oliver, Jr.**_____
Firm name

**2240 Highway 33**
**Suite 112**
**Neptune, NJ 07753**_____
Number, Street, City, State & ZIP Code

Contact phone   **732-988-1500**_____        Email address    **bkwoliver@aol.com**_____

**24859 NJ**_____
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

**Your assets**
Value of what you own

| | | |
|---|---|---:|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................... | $ 820,410.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $ 48,450.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $ 868,860.00 |

**Part 2:    Summarize Your Liabilities**

**Your liabilities**
Amount you owe

| | | |
|---|---|---:|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,017,361.48 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ 309,080.16 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 1,892,107.71 |
| | **Your total liabilities** | $ 3,218,549.35 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---:|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $ 2,083.33 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*..................................................................... | $ 7,015.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Robert Scott Susser**

Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 2,083.33

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 309,080.16 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 309,080.16 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |

☐ Check if this is an
amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

---

1.1

**17 Washington Street**
Street address, if available, or other description

**Rumson        NJ      07760-2036**
City                State        ZIP Code

**Monmouth**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**FMV - $907,000**
**Less COS - $122,590**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$820,410.00** | **$820,410.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Debtor's Right of Possession/901 F.2d 325 Third Circuit Possessory Interest-Fore**

☐ **Check if this is community property**
(see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................==>

| |
|---|
| **$820,410.00** |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Robert Scott Susser**                                        Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ford** | | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|
| | Model: | **Escape** | | ■ Debtor 1 only | | |
| | Year: | **2010** | | ☐ Debtor 2 only | | |
| | Approximate mileage: | **130000** | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | |
| | **totalled no value** | | | ☐ Check if this is community property *(see instructions)* | **$0.00** | **$0.00** |

| 3.2 | Make: | **Ford** | | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|
| | Model: | **Escape** | | ■ Debtor 1 only | | |
| | Year: | **2012** | | ☐ Debtor 2 only | | |
| | Approximate mileage: | **80,000** | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | |
| | | | | ☐ Check if this is community property *(see instructions)* | **$5,000.00** | **$5,000.00** |

| 3.3 | Make: | **Saab** | | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|
| | Model: | | | ■ Debtor 1 only | | |
| | Year: | **2003** | | ☐ Debtor 2 only | | |
| | Approximate mileage: | **160,000** | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | |
| | **no value not on the road** | | | ☐ Check if this is community property *(see instructions)* | **$500.00** | **$500.00** |

| 3.4 | Make: | **F150** | | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|
| | Model: | | | ■ Debtor 1 only | | |
| | Year: | **2015** | | ☐ Debtor 2 only | | |
| | Approximate mileage: | **52000** | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | |
| | | | | ☐ Check if this is community property *(see instructions)* | **$35,000.00** | **$35,000.00** |

| 3.5 | Make: | **F150** | | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|---|
| | Model: | | | ■ Debtor 1 only | | |
| | Year: | **2013** | | ☐ Debtor 2 only | | |
| | Approximate mileage: | **180000** | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | | | ☐ At least one of the debtors and another | | |
| | | | | ☐ Check if this is community property *(see instructions)* | **$750.00** | **$750.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

Debtor 1    **Robert Scott Susser**                                          Case number *(if known)*

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...............................................................=>    | **$41,250.00** |

---

**Part 3:**    **Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Furniture | $2,500.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| Cell phone and other media players | $500.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Clothes | $500.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

---

Official Form 106A/B                              Schedule A/B: Property                              page 3

Debtor 1   **Robert Scott Susser**

Case number *(if known)* _____

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................................................

| $3,500.00 |
|---|

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☒ No
☐ Yes...................................................................................

17.  **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☒ No
☐ Yes........................                 Institution name:

18.  **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes.................                 Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Advanced Development Custom Homes LLC - Tools and Equipment $1,000,000 in debt - no value no accounts recievable** | **100** % | **$0.00** |
| **1 Stop Home Maintenance and Repair -  no value** | **100** % | **$700.00** |
| **RFH Custom Homes LLC- no assets/no value no accounts recievable** | **100** % | **$500.00** |

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
                 Issuer name:

21.  **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
|  | **Builders General** | **$1,500.00** |

22.  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor 1 | **Robert Scott Susser** | Case number *(if known)* | |

☐ Yes. ....................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

   _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:                          Beneficiary:                          Surrender or refund
                                                                                value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

Official Form 106A/B                          Schedule A/B: Property                          page 5

Debtor 1    **Robert Scott Susser**                                          Case number *(if known)* _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36.    Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
       for Part 4. Write that number here.................................................................................................................

   |  |
   |---|
   | **$2,700.00** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ■ No
   ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ■ No
   ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ☐ No
   ■ Yes.  Describe.....

   | tools used |  $1,000.00 |
   |---|---|

41. **Inventory**
   ■ No
   ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes.  Give specific information about them...................
                Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

         ■ No
         ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
   ■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Robert Scott Susser**                              Case number *(if known)*

☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................................ | **$1,000.00**

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... | **$0.00**

| **Part 8:** | List the Totals of Each Part of this Form |
| --- | --- |

| 55. | **Part 1: Total real estate, line 2** ............................................................................................ | | **$820,410.00** |
| --- | --- | --- | --- |
| 56. | **Part 2: Total vehicles, line 5** | **$41,250.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$3,500.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$2,700.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$1,000.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$48,450.00** | Copy personal property total  **$48,450.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$868,860.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **17 Washington Street Rumson, NJ 07760-2036  Monmouth County FMV - $907,000 Less COS - $122,590** Line from *Schedule A/B*: **1.1** | **$820,410.00** | ■ | **$20,250.00** | **11 U.S.C. § 522(d)(1)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2012 Ford Escape 80,000 miles** Line from *Schedule A/B*: **3.2** | **$5,000.00** | ■ | **$3,775.00** | **11 U.S.C. § 522(d)(2)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2012 Ford Escape 80,000 miles** Line from *Schedule A/B*: **3.2** | **$5,000.00** | ■ | **$1,225.00** | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2003 Saab 160,000 miles no value not on the road** Line from *Schedule A/B*: **3.3** | **$500.00** | ■ | **$500.00** | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2013 F150 180000 miles** Line from *Schedule A/B*: **3.5** | **$750.00** | ■ | **$750.00** | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **Robert Scott Susser**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Furniture**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ | $2,500.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cell phone and other media players**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ | $500.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ | $500.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1 Stop Home Maintenance and Repair - no value**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.2** | $700.00 | ■ | $700.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **RFH Custom Homes LLC- no assets/no value**<br>**no accounts recievable**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.3** | $500.00 | ■ | $500.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Builders General**<br>Line from *Schedule A/B*: **21.1** | $1,500.00 | ■ | $1,500.00 | **11 U.S.C. § 522(d)(12)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1  1st Constitution Bank** Creditor's Name | Describe the property that secures the claim: 2015 F150 52000 miles | $35,951.41 | $35,000.00 | $951.41 |

**US Hwy 130 & Dey Rd**
**Cranbury, NJ 08512**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2  Wells Fargo** Creditor's Name | Describe the property that secures the claim: 17 Washington Street Rumson, NJ 07760-2036  Monmouth County FMV - $907,000 Less COS - $122,590 | $981,410.07 | $820,410.00 | $161,000.07 |

**c/o Stern & Eisenberg,**
**PC**
**1040 N. Kings Highway**
**Ste. 407**
**Cherry Hill, NJ 08034**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **1915**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Robert Scott Susser** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,017,361.48 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,017,361.48 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**1st Constitution Bank**
**PO Box 634 Rte 130**
**Cranbury, NJ 08512**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  ___

☐ Name, Number, Street, City, State & Zip Code
**Foreclosure Processing Service**
**Superior Court Clerk**
**PO Box 971**
**Trenton, NJ 08625**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  ___

☐ Name, Number, Street, City, State & Zip Code
**Superior Court Clerk's Office**
**Foreclosure Processing Service**
**PO Box 971**
**Trenton, NJ 08625-0971**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  **1915**

☐ Name, Number, Street, City, State & Zip Code
**Wells Fargo Home Loan**
**P.O. Box 11758**
**Newark, NJ 07101**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  ___

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Donna Susser** | Last 4 digits of account number _____ | **Unknown** | **Unknown** | **Unknown** |

**Donna Susser**
Priority Creditor's Name

**4 Pompano Rd**
**Rumson, NJ 07760**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**    **Unknown**    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   **Robert Scott Susser**                                    Case number (if known) _____

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | 4998 | **$108,610.0** **0** | **$108,610.00** | **$0.00** |

Priority Creditor's Name
**Special Procedures**
**Bankruptcy Section**
**P.O. Box 724**
**Springfield, NJ 07081**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**2014 Tax Debt (1040)**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | 2699 | **$64,781.00** | **$64,781.00** | **$0.00** |

Priority Creditor's Name
**Special Procedures**
**Bankruptcy Section**
**P.O. Box 724**
**Springfield, NJ 07081**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**2015 Tax Debt (1040)**
**Filed 8/23/17**

---

| 2.4 | **State of New Jersey** | Last 4 digits of account number | 4318 | **$135,689.1** **6** | **$135,689.16** | **$0.00** |

Priority Creditor's Name
**Division of Taxation**
**PO Box 245**
**Trenton, NJ 08601**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Filed 3/1/18**

---

**Part 2:**   List All of Your **NONPRIORITY** Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ **No.** You have nothing to report in this part. Submit this form to the court with your other schedules.

Debtor 1    **Robert Scott Susser**                              Case number (if known) _____

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **Albert E. Sacco, DDS** | Last 4 digits of account number **6210** | **$1,091.91** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Jeffrey Rosen, Esq.**
**524 Prospect Ave.**
**Little Silver, NJ 07739**           When was the debt incurred?    _____
Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply
■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community debt    ☐ Student loans
Is the claim subject to offset?        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                  ■ Other. Specify _____

| 4.2 | **All Phase Construction LLC** | Last 4 digits of account number **0711** | **$13,896.93** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Jeffrey Rosen**
**788 Shrewsbury Ave., Ste. 2207**
**Eatontown, NJ 07724**                When was the debt incurred?    _____
Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply
■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community debt    ☐ Student loans
Is the claim subject to offset?        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                  ■ Other. Specify _____

| 4.3 | **American Builders & Contractors Supply C** | Last 4 digits of account number **1218** | **$241,370.51** |
|---|---|---|---|

Nonpriority Creditor's Name
**a/k/a ABC Supply**
**c/o Bart J. Klein, Esq.**
**2066 Millburn Ave.**
**Maplewood, NJ 07040**                When was the debt incurred?    _____
Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply
■ Debtor 1 only                        ☐ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only           ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community debt    ☐ Student loans
Is the claim subject to offset?        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                  ■ Other. Specify _____

Debtor 1    **Robert Scott Susser**                                   Case number (if known) _____

---

| 4.4 | **Associated Appraisal Group** | Last 4 digits of account number    **1114** | **$662.00** |

Nonpriority Creditor's Name
**c/o Piro Zinna Cifelli Paris &
Genitempo
360 Passaic Ave.
Nutley, NJ 07110**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.5 | **Atlantic Plumbing Supply Corp** | Last 4 digits of account number    **0618** | **$162,481.08** |

Nonpriority Creditor's Name
**c/o Turner Law Firm LLC
76 S. Orange Ave.
South Orange, NJ 07079**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.6 | **Christina Trust, Div of Wilmington Savin** | Last 4 digits of account number    **7616** | **Unknown** |

Nonpriority Creditor's Name
**c/o Knuckles Komosinski & Manfro,
LLP
50 Tice Blvd., Ste. 183
Woodcliff Lake, NJ 07677**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    **Robert Scott Susser**

Case number (if known) _____

---

| 4.7 | **Custom Lawn Sprinkler Co LLC** | Last 4 digits of account number | **6709** | **$23,157.32** |

Nonpriority Creditor's Name
**c/o James M. Siciliano**
**485 Broadway**
**Long Branch, NJ 07740**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.8 | **David E. De Lorenzi & Theresa De Lorenzi** | Last 4 digits of account number | **5909** | **$25,000.00** |

Nonpriority Creditor's Name
**200 Fox Hill Dr.**
**Little Silver, NJ 07739**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | **David Hill** | Last 4 digits of account number | **8818** | **$110,000.00** |

Nonpriority Creditor's Name
**c/o Carluccio Leone Dimon D&S LLC**
**9 Robins Street**
**Toms River, NJ 08753**
Number Street City State Zlp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Robert Scott Susser**

Case number (if known) _____

---

| 4.10 | **Disciplinary Oversight Committee** | Last 4 digits of account number | **7419** | **$4,136.40** |

Nonpriority Creditor's Name

**c/o Supreme Court Clerk's Office**
**Richard J. Hughes Justice Complex**
**PO Box 970**
**Trenton, NJ 08625**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.11 | **Division of Employer Accounts** | Last 4 digits of account number | **1812** | **$1,791.99** |

Nonpriority Creditor's Name

**NJ Department of Labor &**
**Workforce Devel**
**PO Box 379**
**Trenton, NJ 08625**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Docketed 5/92012**

---

| 4.12 | **Dr Allen Yount DMD** | Last 4 digits of account number | **4267** | **$447.00** |

Nonpriority Creditor's Name

**c/o Capital Accounts**
**Attn:  Bankruptcy Dept**
**Po Box 140065**
**Nashville, TN 37214**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Robert Scott Susser**

Case number (if known)

---

| 4.13 | **EZ Pass Violations** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 52005**
**Newark, NJ 07101-8205**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.14 | **FIA Card Services NA** | Last 4 digits of account number | **6611** | **$12,661.61** |

Nonpriority Creditor's Name

**c/o Gordon & Weinberg**
**101 E Hector St.**
**Ste. 220**
**Greensboro, NC 27410**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.15 | **Ford Motor Credit Company, LLC** | Last 4 digits of account number | **3611** | **$12,423.90** |

Nonpriority Creditor's Name

**c/o Morgan Bornstein Morgan**
**1236 Brace Rd., Ste. K**
**Cherry Hill, NJ 08034**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Robert Scott Susser**

Case number (if known) _____

---

| 4.16 | **Fox & Melofchik LLC** | Last 4 digits of account number | **0617** | **$39,888.72** |

Nonpriority Creditor's Name

**12 Christopher Way, Ste. 101**
**Eatontown, NJ 07724**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.17 | **Installed Building Products** | Last 4 digits of account number | **7610** | **$2,134.02** |

Nonpriority Creditor's Name

**c/o Obrien & Taylor**
**175 Fairfield Ave.**
**PO Box 505**
**Caldwell, NJ 07007**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.18 | **Internal Revenue Service** | Last 4 digits of account number | **6372** | **$114,140.00** |

Nonpriority Creditor's Name

**Special Procedures**
**Bankruptcy Section**
**P.O. Box 724**
**Springfield, NJ 07081**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **2007 Tax Debt (1040)**

---

Debtor 1    **Robert Scott Susser**

Case number (if known) _____

---

| 4.19 | **Internal Revenue Service** | Last 4 digits of account number | **4261** | $46,041.00 |

Nonpriority Creditor's Name

**Special Procedures
Bankruptcy Section
P.O. Box 724
Springfield, NJ 07081**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **2008 (1040)**

---

| 4.20 | **Internal Revenue Service** | Last 4 digits of account number | **4262** | $188,708.00 |

Nonpriority Creditor's Name

**Special Procedures
Bankruptcy Section
P.O. Box 724
Springfield, NJ 07081**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**2009 $35972.88 (1040)
2010 $96908.81 (1040)
2011 $11334.28 (1040)**

☐ Yes

■ Other. Specify    **2012 $44492.67 (1040)**

---

| 4.21 | **Internal Revenue Service** | Last 4 digits of account number | **4572** | $61,728.00 |

Nonpriority Creditor's Name

**Special Procedures
Bankruptcy Section
P.O. Box 724
Springfield, NJ 07081**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **2013 (1040)**

---

Debtor 1    **Robert Scott Susser**

Case number (if known) _____

---

| 4.22 | **Internal Revenue Service** | Last 4 digits of account number | **0059** | **$13,658.15** |

Nonpriority Creditor's Name

**Special Procedures
Bankruptcy Section
P.O. Box 724
Springfield, NJ 07081**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **2006 Tax Debt (1040)**

---

| 4.23 | **Internal Revenue Service** | Last 4 digits of account number | **3810** | **$9,763.52** |

Nonpriority Creditor's Name

**Special Procedures
Bankruptcy Section
P.O. Box 724
Springfield, NJ 07081**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **2005 (1040)**

---

| 4.24 | **Internal Revenue Service** | Last 4 digits of account number | **3809** | **$13,708.15** |

Nonpriority Creditor's Name

**Special Procedures
Bankruptcy Section
P.O. Box 724
Springfield, NJ 07081**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **2005 (1040)**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Robert Scott Susser**

Case number (if known) _____

---

| 4.25 | **Leonard S. Needle** | Last 4 digits of account number | **0711** | **$2,973.85** |

Nonpriority Creditor's Name

**20 Cedar Ave.**
**PO Box 6470**
**Fair Haven, NJ 07704**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.26 | **Lincoln Automotive Financial Service** | Last 4 digits of account number | **4826** | **Unknown** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 542000**
**Omaha, NE 68154**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Automobile**

---

| 4.27 | **Louis & Sons Drywall Inc.** | Last 4 digits of account number | **4311** | **$62,615.00** |

Nonpriority Creditor's Name

**c/o Sterns & Weinroth, Esq.**
**50 West State Street**
**Trenton, NJ 08607**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1   **Robert Scott Susser**

Case number (if known) _____

---

| 4.28 | **Lynda Russo and James Russo** | Last 4 digits of account number | **1113** | **$145,377.00** |

Nonpriority Creditor's Name

**c/o McCarter & English
Four Gateway Center 100 Mulberry
Street P.O. Box 652
Newark, NJ 07101**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.29 | **Lynda Russo and James Russo** | Last 4 digits of account number | **3313** | **$82,500.00** |

Nonpriority Creditor's Name

**c/o The Beinhaker Law Firm LLC
33 Bleeker St., Ste. 210
Millburn, NJ 07041**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.30 | **Maybruch & Zapcic, LLC** | Last 4 digits of account number | **3016** | **$16,949.50** |

Nonpriority Creditor's Name

**61 Village Ct.
PO Box 383
Hazlet, NJ 07730**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Robert Scott Susser**

Case number (if known) _____

---

| 4.31 | **New Jersey Motor Vehicle Comissions** | | | Last 4 digits of account number    **DJ36,4318** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 155**
**Trenton, NJ 08666-0155**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **vin #1fmcu0eg4ckc73454**

---

| 4.32 | **New Jersey Motor Vehicle Commission** | | | Last 4 digits of account number    **4318** | **Unknown** |

Nonpriority Creditor's Name
**Title Records Unit**
**PO Box 155**
**Trenton, NJ 08666-0155**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Levy on 2010 Ford**

---

| 4.33 | **NJDMV** | | | Last 4 digits of account number    _____ | **Unknown** |

Nonpriority Creditor's Name
**M.V. Violations Surcharge System**
**P.O.Box 4850**
**Trenton, NJ 08650**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1    **Robert Scott Susser**

Case number (if known) _____

---

| 4.34 | **Pella Windows & Doors** | **Last 4 digits of account number** | **7911** | **$17,092.25** |

Nonpriority Creditor's Name

**c/o Hudson Law Offices PC**
**900 Rte. 168, Ste. C-2**
**Blackwood, NJ 08012**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.35 | **Precision Mirror & Glass, Inc.** | **Last 4 digits of account number** | **3818** | **$174,000.00** |

Nonpriority Creditor's Name

**c/o Paul V. Fernicola & Associates, LLC**
**219 Broad St.**
**Red Bank, NJ 07701**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.36 | **Shrewsbury State Bank** | **Last 4 digits of account number** | **3291** | **$37,134.61** |

Nonpriority Creditor's Name

**140 Markham Place**
**Little Silver, NJ 07739**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **Robert Scott Susser**

Case number (if known)

---

| 4.37 | **Standard Roofing Inc.** | Last 4 digits of account number | **4010** | **$152,738.28** |

Nonpriority Creditor's Name
**c/o Ronald L. Bennardo, Esq.**
**332 S Main St**
**Forked River, NJ 08731**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| 4.38 | **State of New Jersey** | Last 4 digits of account number | **6698** | **$14,746.99** |

Nonpriority Creditor's Name
**Division of Taxation**
**PO Box 245**
**Trenton, NJ 08601**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **1998**

---

| 4.39 | **State of New Jersey** | Last 4 digits of account number | **4318** | **Unknown** |

Nonpriority Creditor's Name
**Division of Taxation**
**PO Box 245**
**Trenton, NJ 08601**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1   **Robert Scott Susser**

Case number (if known) _____

| | | |
|---|---|---|
| 4.40 | **TD Bank NA** | Last 4 digits of account number **7210** | $39,349.95 |

Nonpriority Creditor's Name

**c/o Pressler & Pressler LLP**
**7 Entin Rd.**
**Parsippany, NJ 07054**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.41 | **The Plastic Surgery Center, PA** | Last 4 digits of account number **2616** | $3,504.00 |

Nonpriority Creditor's Name

**c/o Maggs & McDermott, LLC**
**800 Old Bridge Rd**
**Brielle, NJ 08730-1334**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.42 | **Warshauer Electric Supply Company** | Last 4 digits of account number **9510** | $34,036.07 |

Nonpriority Creditor's Name

**c/o Nord & DeMaio**
**Turnpike Metroplex**
**190 St. Hwy 18, Suite 201**
**East Brunswick, NJ 08816**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Robert Scott Susser**

Case number (if known) _____

---

| 4.43 | **Waterways Condominium Association, Inc.** | Last 4 digits of account number | **5391** | **$10,200.00** |

Nonpriority Creditor's Name
**c/o Ronald L. Perl, Esq.**
**HILL WALLACK LLP**
**21 Roszel Rd**
**Princeton, NJ 08540-6205**
Number Street City State Zlp Code

**When was the debt incurred?**  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.44 | **Wilmington Savings Fund Societ** | Last 4 digits of account number | **7616** | **Unknown** |

Nonpriority Creditor's Name
**co Michel Lee**
**50 Tice Blvd Ste 183**
**Woodcliff Lake, NJ 07677**
Number Street City State Zlp Code

**When was the debt incurred?**  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**1st Constitution Bank**
**PO BOX 634**
**Rte. 130**
**Cranbury, NJ 08512**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9518**

---

Name and Address
**1st Constitution Bank**
**PO Box 634, Rte. 130**
**Cranbury, NJ 08512**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.32** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4318**

---

Name and Address
**ABC Supply**
**c/o Bart J. Klein, Esq.**
**2066 Millburn Ave.**
**Maplewood, NJ 07040**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1    **Robert Scott Susser**

Case number (if known) _____

| | | |
|---|---|---|
| **Adam Rondinelli**<br>**50 Barrack St**<br>**Trenton, NJ 08695** | Line **2.4** of (Check one): | ■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Adam Rondinelli**<br>**50 Barrack St**<br>**Trenton, NJ 08695** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| Name and Address<br>**Albert E. Sacco, DDS**<br>**18 Ayers Lane**<br>**Little Silver, NJ 07739** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 6210 |
| Name and Address<br>**All Phase Construction LLC**<br>**743 Prospect Ave**<br>**South Amboy, NJ 08879** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0711 |
| Name and Address<br>**American Builders & Contractors Supply C**<br>**100 Park Rd, Tinton Falls, NJ 07724**<br>**Eatontown, NJ 07724** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 9518 |
| Name and Address<br>**Associated Appraisal Group**<br>**6 Commerce Dr Ste 303**<br>**Cranford, NJ 07016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 4414 |
| Name and Address<br>**Atlantic Plumbing Supply Corp**<br>**702 Joline Ave**<br>**Long Branch, NJ 07740** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0618 |
| Name and Address<br>**Atlantic Plumbing Supply Corp**<br>**2810 State Hwy. Rte. 37 East**<br>**Toms River, NJ 08753** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0618 |
| Name and Address<br>**Christiana Trust, A Div of Wilmington**<br>**Savings Fund Society, FSB**<br>**c/o Selene Finance, LP**<br>**9990 Richmond Ave., Ste. 400**<br>**Houston, TX 77042** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 7616 |
| Name and Address<br>**Custom Lawn Sprinkler Co LLC**<br>**264 Branchport Ave**<br>**Long Branch, NJ 07740** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 6709 |
| Name and Address<br>**David Hill**<br>**28 Walker Lane**<br>**Waretown, NJ 08758** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 8818 |

Debtor 1   **Robert Scott Susser**

Case number (if known)

---

| Name and Address<br>**Dr. Allen Yount DMD**<br>**c/o Capital Accounts**<br>**Po Box 140065**<br>**Nashville, TN 37214** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number             **4267** |

| Name and Address<br>**Dr. Allen Yount DMD**<br>**333 N College St**<br>**Auburn, AL 36830** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number             **4267** |

| Name and Address<br>**EZ Pass**<br>**375 McCarter Highway**<br>**Newark, NJ 07114** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

| Name and Address<br>**FIA Card Services NA**<br>**4161 Piedmont PY**<br>**Greensboro, NC 27410** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number             **6611** |

| Name and Address<br>**Ford Motor Credit Company, LLC**<br>**1335 S Clearview Box 6508**<br>**Mesa, AZ 85216** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number             **3611** |

| Name and Address<br>**Installed Building Products**<br>**495 S High St.**<br>**Ste. 50**<br>**Columbus, OH 43215** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number             **7610** |

| Name and Address<br>**Inv. Adam Rondinelli**<br>**50 Barrack St.**<br>**Trenton, NJ 08695** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number             **4318** |

| Name and Address<br>**Jasmin Cooper**<br>**NJ Division of Taxation**<br>**Pioneer Credit Recovery**<br>**PO Box 1018**<br>**Moorestown, NJ 08057-1018** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

| Name and Address<br>**Leonard S. Needle**<br>**20 Cedar Ave.**<br>**PO Box 6470**<br>**Fair Haven, NJ 07704** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number             **0711** |

| Name and Address<br>**Lincoln Automotive Financial**<br>**Service**<br>**Po Box Box 542000**<br>**Omaha, NE 68154** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number             **4826** |

| Name and Address<br>**Mercer County Special Civil Part** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |
|---|---|

---

Debtor 1   **Robert Scott Susser**

Case number *(if known)* _____

| | |
|---|---|
| 175 S. Broad St., 1st Floor<br>P.O. Box 8068<br>Trenton, NJ 08650 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number **7419** |

Name and Address
**Mercer County Special Civil Part**
175 S. Broad St., 1st Floor
P.O. Box 8068
Trenton, NJ 08650

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **6698**

---

Name and Address
**Mercer County Special Civil Part**
175 S. Broad St., 1st Floor
P.O. Box 8068
Trenton, NJ 08650

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **1812**

---

Name and Address
**Middlesex County Special Civil Part**
P.O. Box 1146
3rd Floor - Tower
L-002395-18
New Brunswick, NJ 08903

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9518**

---

Name and Address
**Monmouth County Clerk**
33 Mechanic St,
Freehold, NJ 07728

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.3** of *(Check one):*
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Monmouth County Sheriff's Office**
Shaun Golden, Sheriff
2500 Kozloski Rd.
Freehold, NJ 07728

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9518**

---

Name and Address
**Monmouth County Superior Court**
**Special Civil Part - DC-002330-16**
71 Monument Park
Freehold, NJ 07728

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **3016**

---

Name and Address
**Monmouth County Superior Court**
**Special Civil Part - DC-002826-16**
71 Monument Park
Freehold, NJ 07728

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **2616**

---

Name and Address
**Monmouth County Superior Court**
**Special Civil Part -DC-012244-14**
71 Monument Park
Freehold, NJ 07728

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **1114**

---

Name and Address
**Monmouth County Superior Court**
**Special Civil Part - L-002138-18**
71 Monument Park
Freehold, NJ 07728

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.35** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **3818**

Debtor 1  **Robert Scott Susser**                                                                    Case number (if known) _____

| | |
|---|---|
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-003867-09**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                    **6709** |
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-003395-10**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.42** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                    **9510** |
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-004672-10**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.40** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                    **7210** |
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-000979-11**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                    **7911** |
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-002643-11**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                    **4311** |
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-002138-18**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                    **5909** |
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-000611-13**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                    **1113** |
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-004733-13**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.29** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                    **3313** |
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-003906-17**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                    **0617** |
| Name and Address<br>**Monmouth County Superior Court**<br>**Special Civil Part - L-001506-18**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Robert Scott Susser** | | Case number *(if known)* |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | Last 4 digits of account number | **0618** | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Monmouth County Superior Court** **Special Civil Part - SC-000662-10** **71 Monument Park** **Freehold, NJ 07728** | Line **4.1** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6210** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Monmouth County Superior Court** **Special Civil Part - L-002138-18** **71 Monument Park** **Freehold, NJ 07728** | Line **4.14** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6611** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Monmouth County Superior Court** **Special Civil Part  - DC-010207-11** **71 Monument Park** **Freehold, NJ 07728** | Line **4.25** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0711** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Monmouth County Superior Court** **Special Civil Part - DC-020076-10** **71 Monument Park** **Freehold, NJ 07728** | Line **4.17** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **7610** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Monmouth County Superior Court** **Special Civil Part - L-002138-18** **71 Monument Park** **Freehold, NJ 07728** | Line **4.15** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3611** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Monmouth County Superior Court** **Special Civil Part - L-002138-18** **71 Monument Park** **Freehold, NJ 07728** | Line **4.2** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0711** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Monmouth County Superior Court** **Special Civil Part - L-026553-91** **71 Monument Park** **Freehold, NJ 07728** | Line **4.43** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **5391** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Ocean County Superior Court** **Special Civil Part - L-001188-18** **118 Washington Street** **Toms River, NJ 08754** | Line **4.9** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8818** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Ocean County Superior Court** **Special Civil Part** **118 Washington Street** **Toms River, NJ 08754** | Line **4.37** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **4010** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Ocean County Superior Court** **Special Civil Part - L-005632-91** | Line **4.36** of *(Check one)*: | ☐ Part 1: Creditors with Priority Unsecured Claims |

---

Debtor 1  **Robert Scott Susser**

Case number (if known) _____

**118 Washington Street**
**Toms River, NJ 08754**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3291**

---

Name and Address
**Pella Windows**
**1631 State Route 35**
**Oakhurst, NJ 07755**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.34** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7911**

---

Name and Address
**Precision Mirror & Glass, Inc.**
**89 Hwy. 35**
**Eatontown, NJ 07724**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.35** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3818**

---

Name and Address
**Standard Roofing Inc.**
**7070 SW 9th St Ste 102**
**Miami, FL 33144**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.37** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4010**

---

Name and Address
**State of NJ Div of Taxation**
**PO Box 245**
**att Valerie Walachy**
**Trenton, NJ 08695**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**TD Bank, N.A.**
**Attn: Bankruptcy**
**32 Chestnut St**
**Lewiston, ME 04243**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7210**

---

Name and Address
**The Plastic Surgery Center**
**535 Sycamore Avenue**
**Shrewsbury, NJ 07702**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2616**

---

Name and Address
**Warshauer Electric Supply**
**Company**
**800 Shrewsbury Ave**
**Eatontown, NJ 07724**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9510**

---

Name and Address
**Waterways Condominium**
**Association, Inc.**
**1835 NE Miami Gardens Dr.**
**Miami, FL 33179**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.43** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5391**

---

Name and Address
**Wilmington Savings Fund Societ**
**co Michel Lee**
**565 Taxter Rd Ste 590**
**Elmsford, NY 10523**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Wilmington Savings Fund Societ**
**PO Box 1889**
**Wilmington, DE 19899**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **Robert Scott Susser**                                        Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 309,080.16 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 309,080.16 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,892,107.71 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,892,107.71 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **1st Constitution Bank**<br>     **US Hwy 130 & Dey Rd**<br>     **Cranbury, NJ 08512** | **Acct#**<br>**2015 F150 52000 miles** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| | First Name                  Middle Name                  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                  Middle Name                  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an
 amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Advanced Development** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G<br>**Warshauer Electric Supply Company** |
| 3.2   **Advanced Development** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G<br>**TD Bank NA** |
| 3.3   **Advanced Development Custom Homes LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G<br>**Lynda Russo and James Russo** |

| Debtor 1 | **Robert Scott Susser** | Case number *(if known)* | |

---

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

| 3.4 | **Advanced Development Custom Homes, LLC** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.35__ <br> ☐ Schedule G _____ <br> **Precision Mirror & Glass, Inc.** |
|---|---|---|
| 3.5 | **Advanced Development Custom Homes, LLC** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.9__ <br> ☐ Schedule G _____ <br> **David Hill** |
| 3.6 | **Advanced Development Enterprises Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.9__ <br> ☐ Schedule G _____ <br> **David Hill** |
| 3.7 | **Advanced Development Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.34__ <br> ☐ Schedule G _____ <br> **Pella Windows & Doors** |
| 3.8 | **Advanced Development of Rumson** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.9__ <br> ☐ Schedule G _____ <br> **David Hill** |
| 3.9 | **Advanced Endodontic Assoc** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.9__ <br> ☐ Schedule G _____ <br> **David Hill** |
| 3.10 | **Donna A. McWalters** | ■ Schedule D, line __2.2__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Wells Fargo** |
| 3.11 | **Donna A. Susser** | ■ Schedule D, line __2.2__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Wells Fargo** |

| Debtor 1 | **Robert Scott Susser** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.12 | **Donna Russer** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.37**___<br>☐ Schedule G _____<br>**Standard Roofing Inc.** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Builder** | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3.  +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4.  $ 0.00 | $ N/A |

Debtor 1    **Robert Scott Susser**                                           Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $           0.00 | $           N/A |

5. **List all payroll deductions:**

|  |  |  |  |  |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $           0.00 | $           N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $           0.00 | $           N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $           0.00 | $           N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $           0.00 | $           N/A |
| 5e. | Insurance | 5e. | $           0.00 | $           N/A |
| 5f. | Domestic support obligations | 5f. | $           0.00 | $           N/A |
| 5g. | Union dues | 5g. | $           0.00 | $           N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $           0.00 + | $           N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $           0.00    $           N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $           0.00    $           N/A

8. **List all other income regularly received:**

|  |  |  |  |  |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $       2,083.33 | $           N/A |
| 8b. | Interest and dividends | 8b. | $           0.00 | $           N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $           0.00 | $           N/A |
| 8d. | Unemployment compensation | 8d. | $           0.00 | $           N/A |
| 8e. | Social Security | 8e. | $           0.00 | $           N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $           0.00 | $           N/A |
| 8g. | Pension or retirement income | 8g. | $           0.00 | $           N/A |
| 8h. | Other monthly income. Specify: | 8h.+ | $           0.00 + | $           N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $       2,083.33    $           N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $       2,083.33  +  $           N/A  =  $       2,083.33
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                11.  +$           0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $       2,083.33
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☑  No.
   ☐  Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ■ Yes.  Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Child** | **16** | ☐ No ■ Yes |
| **Child** | **17** | ☐ No ■ Yes |
| **Child** | **20** | ☐ No ■ Yes |
| **Child** | **22** | ☐ No ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

4.  $ _____ 0.00

    **If not included in line 4:**

    | | | |
    |---|---|---|
    | 4a. | Real estate taxes | 4a.  $ _____ 0.00 |
    | 4b. | Property, homeowner's, or renter's insurance | 4b.  $ _____ 0.00 |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ _____ 200.00 |
    | 4d. | Homeowner's association or condominium dues | 4d.  $ _____ 0.00 |

5.  **Additional mortgage payments for your residence,** such as home equity loans

5.  $ _____ 0.00

Debtor 1    **Robert Scott Susser**                                    Case number (if known)

6. **Utilities:**
   | | | |
   |---|---|---|
   | 6a. | Electricity, heat, natural gas | 6a. $ 490.00 |
   | 6b. | Water, sewer, garbage collection | 6b. $ 180.00 |
   | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 520.00 |
   | 6d. | Other. Specify: | 6d. $ 0.00 |

7. **Food and housekeeping supplies**                                    7. $ 650.00
8. **Childcare and children's education costs**                          8. $ 0.00
9. **Clothing, laundry, and dry cleaning**                               9. $ 200.00
10. **Personal care products and services**                             10. $ 50.00
11. **Medical and dental expenses**                                     11. $ 300.00
12. **Transportation.** Include gas, maintenance, bus or train fare.     12. $ 645.00
    Do not include car payments.
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $ 0.00
14. **Charitable contributions and religious donations**                14. $ 0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    | | | |
    |---|---|---|
    | 15a. | Life insurance | 15a. $ 0.00 |
    | 15b. | Health insurance | 15b. $ 0.00 |
    | 15c. | Vehicle insurance | 15c. $ 280.00 |
    | 15d. | Other insurance. Specify: | 15d. $ 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                            16. $ 0.00
17. **Installment or lease payments:**
    | | | |
    |---|---|---|
    | 17a. | Car payments for Vehicle 1 | 17a. $ 0.00 |
    | 17b. | Car payments for Vehicle 2 | 17b. $ 0.00 |
    | 17c. | Other. Specify: | 17c. $ 0.00 |
    | 17d. | Other. Specify: | 17d. $ 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as**  18. $ 3,500.00
    **deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**
19. **Other payments you make to support others who do not live with you.**           $ 0.00
    Specify:                                                            19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    | | | |
    |---|---|---|
    | 20a. | Mortgages on other property | 20a. $ 0.00 |
    | 20b. | Real estate taxes | 20b. $ 0.00 |
    | 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
    | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
    | 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |

21. **Other:** Specify:                                                 21. +$ 0.00

22. **Calculate your monthly expenses**
    | | | |
    |---|---|---|
    | 22a. | Add lines 4 through 21. | $ 7,015.00 |
    | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
    | 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ 7,015.00 |

23. **Calculate your monthly net income.**
    | | | |
    |---|---|---|
    | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ 2,083.33 |
    | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ 7,015.00 |
    | 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ -4,931.67 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Robert Scott Susser** | X |
|---|---|
| **Robert Scott Susser** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Date **November 16, 2018** | Date |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Robert Scott Susser** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

☐ Married
■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** **(January 1 to December 31, 2016 )** | ☐ Wages, commissions, bonuses, tips | $621,058.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Robert Scott Susser** | | Case number *(if known)* |
|---|---|---|---|

---

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Robert Scott Susser** | Case number *(if known)* | |
|---|---|---|---|

**Part 4:**     Identify Legal Actions, Repossessions, and Foreclosures

9.    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Precision Mirror And G Lass Inc v Robert Susser, et al.**<br>**L-002138-18** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-002138-18**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Hill David v Robert Susser, et al**<br>**L-001188-18** | **Civil** | **Ocean County Superior Court**<br>**Special Civil Part -**<br>**L-001188-18**<br>**118 Washington Street**<br>**Toms River, NJ 08754** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **State Of New Jersey v. Robert Susser**<br>**DJ-036843-18** | **State Tax Lien** | **New Jersey State Superior Court**<br>**Toms River, NJ 08753** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **The Plastic Surgery Center P v. Robert Susser**<br>**DC-002826-16** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**DC-002826-16**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Internal Revenue Service v. Robert Susser**<br>**2017082699** | **FEDERAL TAX LIEN** | **Monmouth County Clerk**<br>**33 Mechanic St, -**<br>**2017082699**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Internal Revenue Service v. Robert Susser**<br>**2016106372** | **Federal Tax Lien** | **Monmouth County Clerk**<br>**33 Mechanic St, -**<br>**2016106372**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Internal Revenue Service v. Robert Susser**<br>**2016064998** | **Federal Tax Lien** | **Monmouth County Clerk**<br>**33 Mechanic St, -**<br>**2016064998**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Internal Revenue Service v. Robert Susser, Donna Susser**<br>**2016113809** | **Federal Tax Lien Release** | **Monmouth County Clerk**<br>**33 Mechanic St, -**<br>**2016113809**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Internal Revenue Service v. Robert Susser**<br>**2016050059** | **Federal Tax Lien** | **Monmouth County Clerk**<br>**33 Mechanic St, -**<br>**2016050059**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Robert Scott Susser**                                          Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Internal Revenue Service v Robert Susser** | **Federal Tax Lien** | **Monmouth County Clerk**<br>**33 Mechanic St,**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Internal Revenue Service v. Robert Susser** | **Federal Tax Lien** | **Monmouth County Clerk**<br>**33 Mechanic St,**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Internal Revenue Service v. Robert Susser** | **Federal Tax Lien** | **Monmouth County Clerk**<br>**33 Mechanic St,**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Albert E. Sacco, DDS v. Robert Susser, et al.**<br>**SC-000662-10** | **Small Claim** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**SC-000662-10**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **All Phase Construction LLC v. Robert Susser**<br>**DC-000807-11** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**DC-000807-11**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **American Builders & Contractors Supply C v. Robert Susser, et al.**<br>**L-002395-18** | **Civil** | **Middlesex County Special Civil Part**<br>**P.O. Box 1146**<br>**3rd Floor - Tower**<br>**DC-000807-11**<br>**New Brunswick, NJ 08903** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Atlantic Plumbing Supply Corp v. Robert Susser, et al.**<br>**L-001506-18** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-001506-18**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Custom Lawn Sprinkler Co LLC v. Robert Susser**<br>**L-003867-09** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-003867-09**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **David E. De Lorenzi & Theresa De Lorenzi v. Robert Susser, et al.**<br>**L-004059-09** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-004059-09**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1     **Robert Scott Susser**                                      Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Disciplinary Oversight Committee v. Robert Susser**<br>**J-052128-04 / DRB 97-419** | **Judgment** | **Mercer County Special Civil Part**<br>**175 S. Broad St., 1st Floor**<br>**P.O. Box 8068**<br>**Trenton, NJ 08650** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Division of Employer Accounts v. Robert Susser, et al.**<br>**DJ-098418-12** | **Certificate of Debt** | **Mercer County Special Civil Part**<br>**175 S. Broad St., 1st Floor**<br>**P.O. Box 8068**<br>**Trenton, NJ 08650** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **FIA Card Services NA v. Robert Susser**<br>**DC-006966-11** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**DC-006966-11**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ford Motor Credit Company, LLC v. Robert Susser, et al.**<br>**DC-002936-11** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**DC-002936-11**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Fox & Melofchik LLC v. Robert Susser**<br>**L-003906-17** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-003906-17**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Installed Building Products v. Robert Susser, et al.**<br>**DC-020076-10** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**DC-020076-10**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Leonard S. Needle v. Robert Susser, et al.**<br>**DC-010207-11** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**DC-010207-11**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Louis & Sons Drywall Inc. v. Robert Susser, et al.**<br>**L-002643-11** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-002643-11**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Robert Scott Susser**                                                   Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Lynda Russo and James Russo v. Robert Susser, et al.**<br>**L-000611-13** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-000611-13**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lynda Russo and James Russo v. Robert Susser**<br>**L-004733-13** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part**<br>**-L-004733-13**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **New Jersey Motor Vehicle Commission v. Robert Susser**<br>**DJ#36,843-181** | **Civil** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Pella Windows & Doors v. Robert Susser, et al.**<br>**L-000979-11** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-000979-11**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Standard Roofing Inc. v. Robert Susser, et al.**<br>**L-002040-10** | **Civil** | **Ocean County Superior Court**<br>**Special Civil Part -**<br>**L-002040-10**<br>**118 Washington Street**<br>**Toms River, NJ 08754** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **State of New Jersey v. Robert Susser**<br>**DJ-303966-98** | **Certificate of Debt** | **Mercer County Superior Court**<br>**Special Civil Part -**<br>**DJ-303966-98**<br>**175 S. Broad St., 1st Floor**<br>**P.O. Box 8068**<br>**Trenton, NJ 08650** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **TD Bank NA v. Robert Susser, et al.**<br>**L-004672-10** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-004672-10**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Warshauer Electric Supply Company v. Robert Susser, et al.**<br>**L-003395-10** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-003395-10**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Robert Scott Susser**                                                    Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wells Fargo v. Robert Susser, et al.**<br>**F-004819-15** | **Foreclosure** | **Foreclosure Processing Service**<br>**Superior Court Clerk -**<br>**F-004819-15**<br>**PO Box 971**<br>**Trenton, NJ 08625** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Waterways Condominium Association, Inc. v. Robert Susser**<br>**L-059496-89** | **Judgment** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-059496-89**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Shrewsbury State Bank v. Robert Susser**<br>**L-005632-91** | **Judgment** | **Ocean County Superior Court**<br>**Special Civil Part -**<br>**L-005632-91**<br>**118 Washington Street**<br>**Toms River, NJ 08754** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Precision Mirror And G Lass Inc vs ROBERT SUSSER, ADVANCED DEVELOPMENT CUSTOM**<br>**L-002138-18** | **CIVIL NEW FILING** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-002138-18**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sophinos Nickolas vs ROBERT SUSSER, ADVANCED DEVELOPMENT CUSTOM**<br>**L-001638-18** | **CIVIL NEW FILING** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-001638-18**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Associated Appraisal Group vs ROBERT SUSSER**<br>**DC-012244-14** | **CIVIL NEW FILING** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Associated Appraisal Group vs ROBERT SUSSER**<br>**DC-010811-14** | **CIVIL JUDGMENT** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**DC-010811-14**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sophinos Nicholas vs ROBERT SUSSER, ADVANCED DEVELOPMENT CUSTOM**<br>**L-001638-18** | **CIVIL NEW FILING** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-001638-18**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Robert Scott Susser**                                          Case number (*if known*)

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Maybruch And Zapcic LI C vs ROBERT SUSSER**<br>**DC-002330-16** | **CIVIL NEW FILING** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**DC-002330-16**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Christina Trust, Div of Wilmington Savings v. Robert Susser, et al.**<br>**F-031776-16** | **Foreclosure -**<br>**Dismissed** | **Superior Court Clerk's Office**<br>**Foreclosure Processing Service**<br>**PO Box 971**<br>**Trenton, NJ 08625-0971** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Nicholas Sophinos & Melina Sophinos v. Robert Susser, et al**<br>**L-001874-18** | **Civil** | **Monmouth County Superior Court**<br>**Special Civil Part -**<br>**L-001874-18**<br>**71 Monument Park**<br>**Freehold, NJ 07728** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
     Check all that apply and fill in the details below.

     ■ No. Go to line 11.
     ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

     ■ No
     ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

     ■ No
     ☐ Yes

**Part 5:**   **List Certain Gifts and Contributions**

13.  **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

     ■ No
     ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

| Debtor 1 | **Robert Scott Susser** | Case number *(if known)* |
|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:   List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:   List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| William H. Oliver, Jr.<br>2240 Highway 33<br>Suite 112<br>Neptune, NJ 07753<br>bkwoliver@aol.com | Attorney Fees | | $3,500.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1    **Robert Scott Susser**

Case number *(if known)*

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1    **Robert Scott Susser**                                    Case number *(if known)*

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No.** None of the above applies.  Go to Part 12.

■ **Yes.** Check all that apply above and fill in the details below for each business.

| Business Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Advanced Development custom Home LLC** | **Home Repair** | EIN:<br><br>From-To |
| **RFH Custom Homes LLC** | **Home Repair** | EIN:<br><br>From-To |
| **1 Stop Home Maintenance and Repair**<br>**17 Washington Ave.**<br>**Rumson, NJ 07760** | **Home Repair** | EIN:     **83-1192583**<br><br>From-To  **7/11/18** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **Robert Scott Susser**                                    Case number (*if known*) _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ **No**
   ☐ **Yes. Fill in the details below.**

   | **Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Date Issued** |
   |---|---|
   | | |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Robert Scott Susser** _____        _____
**Robert Scott Susser**                                **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **November 16, 2018** _____            Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ **No**
☐ **Yes**

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ **No**
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert Scott Susser** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **1st Constitution Bank**<br><br>Description of property securing debt: **2015 F150 52000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Wells Fargo**<br><br>Description of property securing debt: **17 Washington Street Rumson, NJ 07760-2036  Monmouth County**<br>**FMV - $907,000**<br>**Less COS - $122,590** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Robert Scott Susser**                                                   Case number (*if known*) _____

Lessor's name:        **1st Constitution Bank**                                          ☐ No

                                                                                        ■ Yes

Description of leased      **Acct#**
Property:                 **2015 F150 52000 miles**

---

| Part 3: | Sign Below |
|---------|------------|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Robert Scott Susser**                                          X  _____
   **Robert Scott Susser**                                                 Signature of Debtor 2
   Signature of Debtor 1

   Date    **November 16, 2018**                                        Date  _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1     **Robert Scott Susser**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of New Jersey

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income
<div align="right">12/15</div>

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   　☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   　☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 2,083.33 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 2,083.33 | Copy here -> $ 2,083.33 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
|---|---|---|

Debtor 1    **Robert Scott Susser**                                                Case number (*if known*)

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                    $ _____0.00    $ _____

   Do not enter the amount if you contend that the amount received was a benefit
   under the Social Security Act. Instead, list it here:

   For you                                              $ _____0.00
   For your spouse                                      $ _____

9. **Pension or retirement income.** Do not include any amount received that was a    $ _____0.00    $ _____
   benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act or payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism. If necessary, list other sources on a separate page and put the
    total below.

    . _____                             $ _____0.00    $ _____
    _____                               $ _____0.00    $ _____
    Total amounts from separate pages, if any.     + $ _____0.00    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for    $ ___2,083.33   + $ _____   = $ ___2,083.33
    each column. Then add the total for Column A to the total for Column B.

                                                                                        **Total current monthly
                                                                                        income**

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11. ............ **Copy line 11 here=>**    $ ___2,083.33

          Multiply by 12 (the number of months in a year)                                          **x** 12

    12b. The result is your annual income for this part of the form    12b.    $ ___24,999.96

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.                    NJ

    Fill in the number of people in your household.         5

    Fill in the median family income for your state and size of household.    13.    $ ___130,874.00
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions
    for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a.    ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
            Go to Part 3.

    14b.    ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
            Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

    **X** **/s/ Robert Scott Susser**
       **Robert Scott Susser**
       Signature of Debtor 1

Date    **November 16, 2018**
        MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Debtor 1    **Robert Scott Susser**                                              Case number (*if known*)

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **05/01/2018** to **10/31/2018**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **1 Stop Home Construction**
Income/Expense/Net by Month:

|  | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 05/2018 | $0.00 | $0.00 | $0.00 |
| 5 Months Ago: | 06/2018 | $0.00 | $0.00 | $0.00 |
| 4 Months Ago: | 07/2018 | $2,000.00 | $0.00 | $2,000.00 |
| 3 Months Ago: | 08/2018 | $2,500.00 | $0.00 | $2,500.00 |
| 2 Months Ago: | 09/2018 | $4,000.00 | $0.00 | $4,000.00 |
| Last Month: | 10/2018 | $4,000.00 | $0.00 | $4,000.00 |
| | Average per month: | $2,083.33 | $0.00 | |

Average Monthly NET Income:    $2,083.33

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

      domestic support obligations,

      most student loans,

      certain taxes,

      debts for fraud or theft,

      debts for fraud or defalcation while acting in a fiduciary capacity,

      most criminal fines and restitution obligations,

      certain debts that are not listed in your bankruptcy papers,

      certain debts for acts that caused death or personal injury, and

      certain long-term secured debts.

<div style="border: 1px solid gray; padding: 10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   **Robert Scott Susser** _____   Case No. _____
                                         Debtor(s)                 Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................   $ _____ **3,500.00**

    Prior to the filing of this statement I have received ......................   $ _____ **3,500.00**

    Balance Due ..............................................................................   $ _____ **0.00**

2.  $ __**335.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Exemption planning and filing of reaffirmation agreements.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Defense or prosecution of any adversarial complaint including non-dischargeable; Defense or prosecution of
    relief for stay motion; Challenge or avoidance of any proof of claim; Additional 341(a) appearance or
    confirmation hearing; Motion for loan modification or to sell or refinance real estate; Application to employ
    professional; Conversion from or to Chapter 7 to 13 or conversion from or to Chapter 13 to 7; Notice of
    settlement of controversy; Amendments to add additional creditors; Costs relating to credit reports, judgment
    searches, couriers, experts, travel and/or extraordinary Pacer or duplication costs/charges, etc. Response to
    audit or United States Trustee objection to case; Preparation and/or appearance at 2004 deposition. Negotiations
    with secured creditors.**

    **The Debtor(s) has agreed that this office may hire another
    attorney to appear for the debtor(s) at the 341 hearing.**

In re    **Robert Scott Susser**                                        Case No. _____
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 16, 2018**                                    **/s/ William H. Oliver, Jr.**
_____          _____
*Date*                                                 **William H. Oliver, Jr.**
                                                       *Signature of Attorney*
                                                       **William H. Oliver, Jr.**
                                                       **2240 Highway 33**
                                                       **Suite 112**
                                                       **Neptune, NJ 07753**
                                                       **732-988-1500  Fax: 732-775-7404**
                                                       **bkwoliver@aol.com**
                                                       _____
                                                       *Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re    __Robert Scott Susser__               Case No. _____

                                      Debtor(s)     Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    __November 16, 2018__           __/s/ Robert Scott Susser__

                                                __Robert Scott Susser__
                                                Signature of Debtor

1st Constitution Bank
US Hwy 130 & Dey Rd
Cranbury, NJ 08512


1st Constitution Bank
PO BOX 634
Rte. 130
Cranbury, NJ 08512


1st Constitution Bank
PO Box 634, Rte. 130
Cranbury, NJ 08512


1st Constitution Bank
PO Box 634 Rte 130
Cranbury, NJ 08512


ABC Supply
c/o Bart J. Klein, Esq.
2066 Millburn Ave.
Maplewood, NJ 07040


Adam Rondinelli
50 Barrack St
Trenton, NJ 08695


Albert E. Sacco, DDS
c/o Jeffrey Rosen, Esq.
524 Prospect Ave.
Little Silver, NJ 07739


Albert E. Sacco, DDS
18 Ayers Lane
Little Silver, NJ 07739


All Phase Construction LLC
c/o Jeffrey Rosen
788 Shrewsbury Ave., Ste. 2207
Eatontown, NJ 07724


All Phase Construction LLC
743 Prospect Ave
South Amboy, NJ 08879

American Builders & Contractors Supply C
a/k/a ABC Supply
c/o Bart J. Klein, Esq.
2066 Millburn Ave.
Maplewood, NJ 07040


American Builders & Contractors Supply C
100 Park Rd, Tinton Falls, NJ 07724
Eatontown, NJ 07724


Associated Appraisal Group
c/o Piro Zinna Cifelli Paris & Genitempo
360 Passaic Ave.
Nutley, NJ 07110


Associated Appraisal Group
6 Commerce Dr Ste 303
Cranford, NJ 07016


Atlantic Plumbing Supply Corp
c/o Turner Law Firm LLC
76 S. Orange Ave.
South Orange, NJ 07079


Atlantic Plumbing Supply Corp
702 Joline Ave
Long Branch, NJ 07740


Atlantic Plumbing Supply Corp
2810 State Hwy. Rte. 37 East
Toms River, NJ 08753


Christiana Trust, A Div of Wilmington
Savings Fund Society, FSB
c/o Selene Finance, LP
9990 Richmond Ave., Ste. 400
Houston, TX 77042


Christina Trust, Div of Wilmington Savin
c/o Knuckles Komosinski & Manfro, LLP
50 Tice Blvd., Ste. 183
Woodcliff Lake, NJ 07677

Custom Lawn Sprinkler Co LLC
c/o James M. Siciliano
485 Broadway
Long Branch, NJ 07740


Custom Lawn Sprinkler Co LLC
264 Branchport Ave
Long Branch, NJ 07740


David E. De Lorenzi & Theresa De Lorenzi
200 Fox Hill Dr.
Little Silver, NJ 07739


David Hill
c/o Carluccio Leone Dimon D&S LLC
9 Robins Street
Toms River, NJ 08753


David Hill
28 Walker Lane
Waretown, NJ 08758


Disciplinary Oversight Committee
c/o Supreme Court Clerk's Office
Richard J. Hughes Justice Complex
PO Box 970
Trenton, NJ 08625


Division of Employer Accounts
NJ Department of Labor & Workforce Devel
PO Box 379
Trenton, NJ 08625


Donna Susser
4 Pompano Rd
Rumson, NJ 07760


Dr Allen Yount DMD
c/o Capital Accounts
Attn: Bankruptcy Dept
Po Box 140065
Nashville, TN 37214

Dr. Allen Yount DMD
c/o Capital Accounts
Po Box 140065
Nashville, TN 37214


Dr. Allen Yount DMD
333 N College St
Auburn, AL 36830


EZ Pass
375 McCarter Highway
Newark, NJ 07114


EZ Pass Violations
PO Box 52005
Newark, NJ 07101-8205


FIA Card Services NA
c/o Gordon & Weinberg
101 E Hector St.
Ste. 220
Greensboro, NC 27410


FIA Card Services NA
4161 Piedmont PY
Greensboro, NC 27410


Ford Motor Credit Company, LLC
c/o Morgan Bornstein Morgan
1236 Brace Rd., Ste. K
Cherry Hill, NJ 08034


Ford Motor Credit Company, LLC
1335 S Clearview Box 6508
Mesa, AZ 85216


Foreclosure Processing Service
Superior Court Clerk
PO Box 971
Trenton, NJ 08625


Fox & Melofchik LLC
12 Christopher Way, Ste. 101
Eatontown, NJ 07724

```
Installed Building Products
c/o Obrien & Taylor
175 Fairfield Ave.
PO Box 505
Caldwell, NJ 07007


Installed Building Products
495 S High St.
Ste. 50
Columbus, OH 43215


Internal Revenue Service
Special Procedures
Bankruptcy Section
P.O. Box 724
Springfield, NJ 07081


Inv. Adam Rondinelli
50 Barrack St.
Trenton, NJ 08695


Jasmin Cooper
NJ Division of Taxation
Pioneer Credit Recovery
PO Box 1018
Moorestown, NJ 08057-1018


Leonard S. Needle
20 Cedar Ave.
PO Box 6470
Fair Haven, NJ 07704


Lincoln Automotive Financial Service
Attn: Bankruptcy
Po Box 542000
Omaha, NE 68154


Lincoln Automotive Financial Service
Po Box Box 542000
Omaha, NE 68154


Louis & Sons Drywall Inc.
c/o Sterns & Weinroth, Esq.
50 West State Street
Trenton, NJ 08607
```

Lynda Russo and James Russo
c/o McCarter & English
Four Gateway Center 100 Mulberry
Street P.O. Box 652
Newark, NJ 07101


Lynda Russo and James Russo
c/o The Beinhaker Law Firm LLC
33 Bleeker St., Ste. 210
Millburn, NJ 07041


Maybruch & Zapcic, LLC
61 Village Ct.
PO Box 383
Hazlet, NJ 07730


Mercer County Special Civil Part
175 S. Broad St., 1st Floor
P.O. Box 8068
Trenton, NJ 08650


Middlesex County Special Civil Part
P.O. Box 1146
3rd Floor - Tower
L-002395-18
New Brunswick, NJ 08903


Monmouth County Clerk
33 Mechanic St,
Freehold, NJ 07728


Monmouth County Sheriff's Office
Shaun Golden, Sheriff
2500 Kozloski Rd.
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - DC-002330-16
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - DC-002826-16
71 Monument Park
Freehold, NJ 07728

Monmouth County Superior Court
Special Civil Part -DC-012244-14
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-002138-18
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-003867-09
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-003395-10
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-004672-10
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-000979-11
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-002643-11
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-000611-13
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-004733-13
71 Monument Park
Freehold, NJ 07728

```
Monmouth County Superior Court
Special Civil Part - L-003906-17
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-001506-18
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - SC-000662-10
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part  - DC-010207-11
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - DC-020076-10
71 Monument Park
Freehold, NJ 07728


Monmouth County Superior Court
Special Civil Part - L-026553-91
71 Monument Park
Freehold, NJ 07728


New Jersey Motor Vehicle Comissions
PO Box 155
Trenton, NJ 08666-0155


New Jersey Motor Vehicle Commission
Title Records Unit
PO Box 155
Trenton, NJ 08666-0155


NJDMV
M.V. Violations Surcharge System
P.O.Box 4850
Trenton, NJ 08650
```

Ocean County Superior Court
Special Civil Part - L-001188-18
118 Washington Street
Toms River, NJ 08754


Ocean County Superior Court
Special Civil Part
118 Washington Street
Toms River, NJ 08754


Ocean County Superior Court
Special Civil Part - L-005632-91
118 Washington Street
Toms River, NJ 08754


Pella Windows
1631 State Route 35
Oakhurst, NJ 07755


Pella Windows & Doors
c/o Hudson Law Offices PC
900 Rte. 168, Ste. C-2
Blackwood, NJ 08012


Precision Mirror & Glass, Inc.
c/o Paul V. Fernicola & Associates, LLC
219 Broad St.
Red Bank, NJ 07701


Precision Mirror & Glass, Inc.
89 Hwy. 35
Eatontown, NJ 07724


Shrewsbury State Bank
140 Markham Place
Little Silver, NJ 07739


Standard Roofing Inc.
c/o Ronald L. Bennardo, Esq.
332 S Main St
Forked River, NJ 08731


Standard Roofing Inc.
7070 SW 9th St Ste 102
Miami, FL 33144

State of New Jersey
Division of Taxation
PO Box 245
Trenton, NJ 08601


State of NJ Div of Taxation
PO Box 245
att Valerie Walachy
Trenton, NJ 08695


Superior Court Clerk's Office
Foreclosure Processing Service
PO Box 971
Trenton, NJ 08625-0971


TD Bank NA
c/o Pressler & Pressler LLP
7 Entin Rd.
Parsippany, NJ 07054


TD Bank, N.A.
Attn: Bankruptcy
32 Chestnut St
Lewiston, ME 04243


The Plastic Surgery Center
535 Sycamore Avenue
Shrewsbury, NJ 07702


The Plastic Surgery Center, PA
c/o Maggs & McDermott, LLC
800 Old Bridge Rd
Brielle, NJ 08730-1334


Warshauer Electric Supply Company
c/o Nord & DeMaio
Turnpike Metroplex
190 St. Hwy 18, Suite 201
East Brunswick, NJ 08816


Warshauer Electric Supply Company
800 Shrewsbury Ave
Eatontown, NJ 07724

Waterways Condominium Association, Inc.
c/o Ronald L. Perl, Esq.
HILL WALLACK LLP
21 Roszel Rd
Princeton, NJ 08540-6205


Waterways Condominium Association, Inc.
1835 NE Miami Gardens Dr.
Miami, FL 33179


Wells Fargo
c/o Stern & Eisenberg, PC
1040 N. Kings Highway
Ste. 407
Cherry Hill, NJ 08034


Wells Fargo Home Loan
P.O. Box 11758
Newark, NJ 07101


Wilmington Savings Fund Societ
co Michel Lee
50 Tice Blvd Ste 183
Woodcliff Lake, NJ 07677


Wilmington Savings Fund Societ
co Michel Lee
565 Taxter Rd Ste 590
Elmsford, NY 10523


Wilmington Savings Fund Societ
PO Box 1889
Wilmington, DE 19899

## 11 U.S.C. § 527(a)(2) Disclosure

In accordance with section 527(a)(2) of the Bankruptcy Code, be advised that:

1.  All information that you are required to provide with a bankruptcy petition and during a
    bankruptcy case must be complete, accurate, and truthful.

2.  All assets and liabilities must be completely and accurately disclosed, with the replacement
    value of each asset as defined in section 506 listed after reasonable inquiry to establish such
    value.

3.  Current monthly income, the amounts specified in the "means test" under section 707(b)(2),
    and disposable income in chapter 13 cases must be stated after reasonable inquiry.

4.  Information that you provide during your bankruptcy case may be audited, and the failure to
    provide such information may result in dismissal of the case or other sanction, including a
    criminal sanction.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention, need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.